UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| JOHN DOE, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 3:06-cv-72 |
| | ) | | (Phillips) |
| PHIL BREDESEN, et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

## ORDER

Plaintiff's motion to proceed under pseudonym [Doc. 2] is **GRANTED.**

**ENTER:**

      s/ Thomas W. Phillips
United States District Judge