**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| JOHN DOE, )<br>　　Plaintiff, )<br>v. )<br>　 )<br>PHIL BREDESEN, et al., )<br>　　Defendants ) | No. 3:06-CV-72<br>(Phillips) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on defendants' motion to dismiss. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

**IT IS ORDERED AND ADJUDGED** that the defendants' motion to dismiss [Doc. 12] is **GRANTED,** whereby this action is **DISMISSED WITH PREJUDICE** on the merits. Defendants shall recover of the plaintiff, John Doe, their costs of action.

Dated at Knoxville, Tennessee, this _____ day of October, 2006.

　　　　　　　　　　　　　　　　　　　　　s/ Patricia L. McNutt
　　　　　　　　　　　　　　　　　　　　　Clerk of Court